**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alicia RAMIREZ-MEDINA,**
**Defendant–Appellant**

**No. 16–1418**

United States Court of Appeals,
Eighth Circuit.

Submitted: November 15, 2016

Filed: November 18, 2016

Robert G. Kuchar, Asst. Fed. Public Defender, Kansas City, MO (Laine Cardarella, Fed. Public Defender, on the brief), for appellant.

Stefan C. Hughes, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

**PER CURIAM.**

Alicia Ramirez-Medina appeals the sentence that the district court [1] imposed after she pleaded guilty to a drug offense. Her counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), asserting that the court imposed a proce-

of Missouri.

durally flawed and substantively unreasonable sentence.

Ramirez-Medina pleaded guilty after entering into a written plea agreement containing an appeal waiver. We conclude that the appeal waiver is enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890–92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers). Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel's motion and dismiss this appeal.

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.